IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 7
:
    Robert L. Printz :
                          :BANKRUPTCY NO. 19-13827
:
        Debtor :

STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING
TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

      AND NOW, this 4th day of October, 2019, it is hereby agreed
and stipulated between the Trustee, Robert H. Holber, Esquire,
Chapter 7 Trustee, and attorney for Debtor, Scott C. Painter,
Esquire, as follows:

      1.   The current deadline for Trustee and any party in
interest to file a Complaint Objecting to Discharge and Time to
Move for Dismissal (or Conversion) is October 11, 2019.

      2.   The parties hereby agree, that the Trustee, and any
parties in interest including the U.S. Trustee shall have until
December 10, 2019 to file a Complaint  Objecting to Discharge
and/or filing a Motion to Dismiss (or Convert) pursuant to 11
U.S.C. Section 707(b).  Debtor's attorney certifies that he has
specific authority from the Debtor to enter into this
Stipulation.

Robert H. Holber, Esquire    Scott C. Painter, Esquire
Chapter 7 Trustee           Counsel for Debtor

ORDER

      AND NOW, this 10th  day of October  , 2019, IT IS HEREBY
ORDERED that the above Stipulation be approved and made an Oder
of this Court with full force and effect thereof.

Magdeline D. Coleman
Chief United States Bankruptcy Judge