United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert L. Printz  
    Debtor

Case No. 19-13827-mdc  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Oct 10, 2019  
                Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2019.  
db     +Robert L. Printz,    5619 Allentown Pike,    Reading, PA 19605-9207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr        HOME POINT FINANCIAL CORPORATION  
                                           TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:  
       ROBERT H. HOLBER    trustee@holber.com,    rholber@ecf.axosfs.com  
       ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com, rholber@ecf.axosfs.com  
       SCOTT C. PAINTER    on behalf of Debtor Robert L. Printz painterlaw@comcast.net  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                           TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          : CHAPTER 7
                                                :
    Robert L. Printz                            :
                                                : BANKRUPTCY NO. 19-13827
                                                :
        Debtor                                  :

## STIPULATION TO EXTEND TIME TO FILE TRUSTEE'S COMPLAINT OBJECTING TO DISCHARGE AND TIME TO MOVE FOR DISMISSAL (OR CONVERSION)

    AND NOW, this 4th day of October, 2019, it is hereby agreed and stipulated between the Trustee, Robert H. Holber, Esquire, Chapter 7 Trustee, and attorney for Debtor, Scott C. Painter, Esquire, as follows:

    1. The current deadline for Trustee and any party in interest to file a Complaint Objecting to Discharge and Time to Move for Dismissal (or Conversion) is October 11, 2019.

    2. The parties hereby agree, that the Trustee, and any parties in interest including the U.S. Trustee shall have until December 10, 2019 to file a Complaint Objecting to Discharge and/or filing a Motion to Dismiss (or Convert) pursuant to 11 U.S.C. Section 707(b). Debtor's attorney certifies that he has specific authority from the Debtor to enter into this Stipulation.

_____            _____
Robert H. Holber, Esquire            Scott C. Painter, Esquire
Chapter 7 Trustee                    Counsel for Debtor

### ORDER

    AND NOW, this 10th day of October, 2019, IT IS HEREBY ORDERED that the above Stipulation be approved and made an Oder of this Court with full force and effect thereof.

_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge